UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**TRISTAN BROUSSARD,**
    Plaintiff,

v.                                          Civil Action No.: 2:15CV1161-CJB-KWR
                                                    Section "J" (4)

**FIRST TOWER LOAN, LLC d/b/a TOWER
LOAN OF LAKE CHARLES,**
    Defendant.

**Consolidated With**

**FIRST TOWER LOAN, LLC, ET AL.,**
    Plaintiffs,

v.                                          Civil Action No.: 2:15CV2500-CJB-KWR
                                                    Section "J" (4)

**TRISTAN BROUSSARD,**
    Defendant.

_____

**ORDER**
_____

Considering the above and foregoing Motion to Enroll Additional Counsel of Record;

**IT IS HEREBY ORDERED** that David M. Whitaker and Zoe W. Vermeulen of Kean Miller, LLP be enrolled as additional counsel of record for Plaintiffs in Consolidated Action No. 15-2500, First Tower Loan, LLC and First Tower Loan of Mississippi, LLC.

New Orleans, Louisiana, this _____ day of _____, 2015.

                                                                     _____
                                                                  UNITED STATES DISTRICT COURT JUDGE