UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRISTAN BROUSSARD | CIVIL ACTION |
| VERSUS | NO: 15-1161 |
| FIRST TOWER LOAN, LLC | SECTION: "J"(1) |

### ORDER

Before the Court is a *Motion to Lift Stay of EEOC's Claims* **(Rec. Doc. 127)** filed by the United States Equal Employment Opportunity Commission ("EEOC") and an opposition thereto (Rec. Doc. 128) filed by First Tower Loan, LLC. Having considered the motion and legal memoranda, the record, and the applicable law, the Court finds that the EEOC's claims should remain stayed as set forth in the Court's previous Order and Reasons (Rec. Doc. 123).

Accordingly,

**IT IS HEREBY ORDERED** that the EEOC's *Motion to Lift Stay of EEOC's Claims* **(Rec. Doc. 127)** is **DENIED**.

New Orleans, Louisiana, this 15th day of June, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE