UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TRISTAN BROUSSARD,
   Plaintiff,

v.

FIRST TOWER LOAN, LLC d/b/a TOWER LOAN OF LAKE CHARLES,
   Defendant.

Civil Action No. 2:15-cv-01161-CJB-KWR

Section "J"(1)

### EX PARTE MOTION TO STRIKE AND SUBSTITUTE EXHIBIT

Pursuant to American Arbitration Employment Arbitration Rule 39(b), Plaintiff redacted the names of parties and witnesses who have not consented to their publication from the previously filed Exhibit A (Doc. 137-01). On further review of the document, Plaintiff discovered one name which was mistakenly not redacted. Plaintiff has corrected the oversight in the accompanying Replacement Exhibit. Accordingly, Plaintiff respectfully requests that this Court strike Exhibit A of Plaintiff Tristan Broussard's Notice of Arbitration Decision filed December 1, 2016 (Doc. 137-01) and substitute the proposed Replacement Exhibit attached hereto.

Dated this December 5, 2016.

Respectfully submitted,

/s/ Ryan P. Delaney
Ryan P. Delaney
DELANEY, ROBB & RUBIN ATTORNEYS AT LAW, LLC
2800 Veterans Boulevard, Suite 213
Metairie, LA  70005
Telephone: (504) 267-9700
*ryan@delaneyandrobb.com*

James M. Finberg◊
Barbara J. Chisholm◊
P. Casey Pitts◊
ALTSHULER BERZON LLP

177 Post Street, Suite 300
San Francisco, CA  94108
*bchisholm@altber.com*
*jfinberg@altber.com*
*cpitts@altber.com*

Amy Whelan◊
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA  94102
Telephone: (415) 392-6257
*awhelan@nclrights.org*

Scott D. McCoy◊
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL  36104
Telephone: (334) 956-8200
*scott.mccoy@splcenter.org*

***Counsel for Plaintiff Tristan Broussard***
◊ *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this December 5, 2016 caused a true and correct copy of the foregoing document to be filed using the CM/ECF filing system, which sent an electronic copy to all counsel of record.

                                      /s/ Ryan P. Delaney
                                      Ryan P. Delaney

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TRISTAN BROUSSARD,
   Plaintiff,

v.

FIRST TOWER LOAN, LLC d/b/a TOWER
LOAN OF LAKE CHARLES,
   Defendant.

Civil Action No. 2:15-cv-01161-CJB-KWR
Section "J"(1)

**ORDER ON MOTION TO STRIKE AND SUBSTITUTE EXHIBIT**

This Court, having considered Plaintiff's Motion to Strike and Substitute Exhibit (Doc. 138), hereby **ORDERS**:

The motion is **GRANTED**. Exhibit A to Plaintiff's Notice of Arbitration Decision is hereby struck, and the Replacement Exhibit submitted with the motion is substituted for the original filing.

New Orleans, Louisiana, this ___ day of December, 2016.

UNITED STATES DISTRICT JUDGE