UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRISTAN BROUSSARD,<br>    Plaintiff,<br><br>    And<br><br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>    Plaintiff-Intervenor,<br><br>    v.<br><br>FIRST TOWER LOAN, LLC d/b/a<br>TOWER LOAN OF LAKE CHARLES,<br>    Defendant. | Civil Action No. 2:15-cv-01161<br>c/w 2:15-cv-02500<br><br>Judge Barbier<br><br>Section: "J" (1) |

## ORDER

Considering the *Joint Motion to Approve and Enter Consent Decree* (**Rec. Doc. 149**), filed by Plaintiff-Intervenor and Defendant, and the appended Consent Decree,

**IT IS ORDERED** that the motion is **GRANTED**.

Further, the Court having approved and executed the Consent Decree, hereby instructs the Clerk of Court to enter the Decree into the record with Plaintiff-Intervenor and Defendant to each bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that Plaintiff-Intervenor's claims and this case are hereby **DISMISSED WITH PREJUDICE**, subject to the terms of the Decree.

Further, the Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that a provision of the Decree has not been completed and that a party wishes this Court to enforce the Decree specifically.

Rendered and signed at New Orleans, Louisiana, this \_\_\_5th\_\_\_ day of \_\_\_October\_\_\_, 2017.

UNITED STATES DISTRICT COURT JUDGE